collection made by the county treasurer, considered in the other case. The law applicable and the controlling facts are the same here as there, and, upon the authority of the decision in that case, the judgment appealed from in this case is affirmed.

---

[No. 19681.    Department Two.    August 24, 1926.]

THE STATE OF WASHINGTON, *Appellant*, v. MARYLAND CASUALTY COMPANY, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Douglas, J., entered October 13, 1925, upon findings in favor of the defendant in an action on an indemnity bond, tried to the court. Affirmed.

*The Attorney General* and *B. B. Adams, Assistant*, for appellant.
*Roberts & Skeel*, for respondent.

PER CURIAM.—This is a companion case to that of the *State of Washington v. Hartford Accident & Indemnity Company*, ante, p. 278, 248 Pac. 432, just decided, and upon the authority of that case the judgment in this case will be affirmed.

---

[No. 19960.    Department One.    August 27, 1926.]

THE STATE OF WASHINGTON, *on the Relation of Northern Pacific Railway Company, Appellant*, v. STATE BOARD OF EQUALIZATION, S. H. CHASE, *et al., Respondents*.[1]

Appeal from a judgment of the superior court for Thurston county, Wilson, J., entered April 5, 1926, upon findings in favor of the defendants, upon sustaining a demurrer to the petition, dismissing proceedings to review an order of the state board of equalization, fixing the value of railroad property for purposes of taxation. Affirmed.

*Geo. T. Reid, C. A. Murray* and *L. B. daPonte*, for appellant.
*The Attorney General* and *R. G. Sharpe, Assistant*, for respondents.

FULLERTON, J.—The question presented on this appeal is the same as that involved in *State ex rel. Northern Pacific Railway Company v. State Board of Equalization, ante,* p. 243 (248 Pac. 793). For the reasons therein stated the judgment of the trial court dismissing the proceedings is affirmed.

TOLMAN, C. J., BRIDGES, HOLCOMB, and ASKREN, JJ., concur.

---

[No. 19971.    Department One.    August 27, 1926.]

THE STATE OF WASHINGTON *on the Relation of H. E. Byram et al., Appellants,* v. STATE BOARD OF EQUALIZATION, S. H. CHASE *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Thurston county, Wilson, J., entered April 8, 1926, upon findings in favor of the defendants, upon sustaining a demurrer to the petition, dismissing proceedings to review an order of the state board of equalization fixing the value of railroad property for purposes of taxation. Affirmed.

*F. M. Dudley, Geo. W. Korte* and *A. J. Laughon,* for appellants.

*The Attorney General* and *R. G. Sharpe, Assistant,* for respondents.

FULLERTON, J.—The question presented on this appeal is the same as that involved in *State ex rel. Northern Pacific Railway Company v. State Board of Equalization, ante,* p. 243 (248 Pac. 793). For the reasons therein stated the judgment of the trial court dismissing the proceedings is affirmed.

TOLMAN, C. J., BRIDGES, HOLCOMB, and ASKREN, JJ., concur.

[1]Reported in 248 Pac. 795.